# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALBERTO MUESES and YEIMY MUESES<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC ET AL<br><br>Defendant. | Case No.: 1:24-cv-8808<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Alberto Mueses and Yeimy Mueses and Defendant Trans Union LLC ("Trans Union") by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Trans Union. Plaintiff and Defendant have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreements.

**HASEEB LEGAL LLC**

By: */s/ Syed H. Hussain*
Syed H. Hussain (IL #6331378)
420 E. Waterside Dr. #3004
Chicago, IL 60601
Telephone: 954-225-4934
E-mail: sh@haseeblegal.com
*Attorneys for Plaintiff*


 */s/ Joshua Stiers*
Joshua Stiers
*Authorized Representative, Trans Union LLC*