UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO MUESES and YEIMY MUESES<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC ET AL<br><br>Defendants. | Case No.: 1:24-cv-8808<br><br>NOTICE OF SETTLEMENT AS TO EXPERIAN AND EQUIFAX |

NOTICE IS HEREBY GIVEN that Plaintiffs Alberto Mueses and Yeimy Mueses ("Plaintiffs") and Defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiffs requests that the Court vacate all pending deadlines. Plaintiffs also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 8th day of November 2024.

**HASEEB LEGAL LLC**

By: */s/ Syed H. Hussain*
Syed H. Hussain (IL #6331378)
420 E. Waterside Dr. #3004
Chicago, IL 60601
Telephone: 954-225-4934
E-mail: sh@haseeblegal.com
*Attorneys for Plaintiff*